IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Coaldale Borough                          :
                                          :
            v.                            :     No. 674 C.D. 2017
                                          :
Timothy Delaney,                          :
                  Appellant               :

# **O R D E R**

NOW, February 23, 2018, having considered appellee's application for reargument, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge